# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: ANTHONY F. KWIDZINSKI & SUSAN J. KWIDZINSKI  Case Number: 06-72276
1747 BRICKVILLE ROAD    SSN-xxx-xx-1451 & xxx-xx-3517
SYCAMORE, IL  60178

Case filed on: 12/2/2006
Plan Confirmed on:

U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan: $3,200.00    Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | ATTORNEY JEFFREY M KRASNER | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | SHAPIRO & FISHER, LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 033 | ANTHONY F. KWIDZINSKI | 2,570.80 | 2,570.80 | 2,570.80 | 0.00 |
|  | Total Debtor Refund | 2,570.80 | 2,570.80 | 2,570.80 | 0.00 |
| 001 | HSBC AUTO FINANCE | 5,217.85 | 5,217.38 | 590.70 | 0.00 |
| 002 | LAKE CARROLL PROPERTY OWNERS ASSOCIATION | 14,049.66 | 8,000.00 | 0.00 | 0.00 |
| 003 | WELLS FARGO BANK NA | 29,658.97 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 48,926.48 | 13,217.38 | 590.70 | 0.00 |
| 001 | HSBC AUTO FINANCE | 1,212.36 | 666.80 | 0.00 | 0.00 |
| 002 | LAKE CARROLL PROPERTY OWNERS ASSOCIATION | 0.00 | 3,327.31 | 0.00 | 0.00 |
| 005 | ADVOCATE GOOD SAMARITAN | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | AMERICAN GENERAL FINANCE | 813.45 | 447.40 | 0.00 | 0.00 |
| 007 | CREATIVE PHOTOGRAPHY | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | DEKALB CLINIC CHARTERED | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | HSBC AUTO FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | KISHWAUKEE COMMUNITY HOSP | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | KLEIN STODDARD BUCK WALLER & LEWIS LLC | 200.00 | 110.00 | 0.00 | 0.00 |
| 012 | M&M ORTHOPAEDICS, LTD | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | MIDWEST DIAGNOSTIC PATH | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | MIDWEST ORTHOPAEDIC | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | NCO FINANCIAL SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | NEUROMED CLINIC LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | OMFS FOR NORTHERN ILLINOIS | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | PRAIRIE VIEW DENTAL LLC | 645.42 | 354.98 | 0.00 | 0.00 |
| 019 | RADIOLOGISTS OF DUPAGE | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | REDDY MED ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | ROCKFORD MERCANTILE AGENCY INC | 960.75 | 528.41 | 0.00 | 0.00 |
| 022 | SPRINT | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | TODD A. CURTIS | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | VALLEY EMERGENCY CARE | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | CAPITAL ONE | 4,536.82 | 2,495.25 | 0.00 | 0.00 |
| 026 | CAPITAL ONE | 2,768.07 | 1,522.44 | 0.00 | 0.00 |
| 027 | CAPITAL ONE | 1,949.10 | 1,072.00 | 0.00 | 0.00 |
| 028 | STEVEN D TITINER | 752.34 | 413.79 | 0.00 | 0.00 |
| 029 | GE MONEY BANK | 163.06 | 89.68 | 0.00 | 0.00 |
| 030 | LVNV FUNDING LLC | 3,395.33 | 1,867.43 | 0.00 | 0.00 |
| 031 | LVNV FUNDING LLC | 310.77 | 170.92 | 0.00 | 0.00 |
| 032 | CHECK IT | 90.05 | 49.53 | 0.00 | 0.00 |
|  | Total Unsecured | 17,797.52 | 13,115.94 | 0.00 | 0.00 |
|  | Grand Total: | 69,294.80 | 28,904.12 | 3,161.50 | 0.00 |

Total Paid Claimant:     $3,161.50
Trustee Allowance:       $38.50           Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:  0.00             discharging the trustee and the trustee's surety from any and all
                                          liablility on account of the within proceedings, and closing the estate,
                                          and for such other relief as is just.  Pursuant to FRBP, I hereby
                                          certify that the subject case has been fully administered.

Report Dated:

/s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

**United States Bankruptcy Court**
of the
**Northern District Of Illinois**
**Western Division**

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 03/26/2008              By  /s/Heather M. Fagan